**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio Covarrubias-Serrato**<br>YOB: 1980; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00481MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about October 12, 2021, at or near Naco, in the District of Arizona, **Antonio Covarrubias-Serrato**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Paso Del Norte, Texas on July 16, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about October 12, 2021, at or near Naco, Arizona, in District of Arizona, **Antonio Covarrubias-Serrato**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Antonio Covarrubias-Serrato** is a citizen of Mexico. On July 16, 2018, **Antonio Covarrubias-Serrato** was lawfully denied admission, excluded, deported and removed from the United States through Paso Del Norte, Texas. On October 12, 2021, agents found **Antonio Covarrubias-Serrato** in the United States at or near Naco, Arizona without the proper immigration documents. **Antonio Covarrubias-Serrato** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Antonio Covarrubias-Serrato** admitted to illegally entering the United States of America from Mexico on or about October 12, 2021, at or near Naco, Arizona, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>CJC3/pl<br>AUTHORIZED AUSA /s/Ann DeMarais | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>October 13, 2021 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1 and 54